UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.E., a minor, by and through her Guardian ad Litem, ISIS FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, MILLER CHILDREN'S & WOMEN'S HOSPITAL LONG BEACH; LOUIS P. THERIOT, M.D.; JOHN SAMSON, M.D.; PETER WELTY, M.D.; JOHN GURSKIS, M.D.; LARRY NESTOR, M.D.; MICHAEL COOPER, M.D.; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. CV 15-1010-GW(RZx)<br><br>**ORDER TO REMAND REMOVED ACTION** |

On March 27, 2015, the Parties to the above-referenced action filed a Stipulation Of Voluntary Dismissal Pursuant To FRCP §41(A)(1)(A)(ii) and to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:15-CV-01010-GW-RZ styled L.E., a minor, by and through her Guardian ad Litem, ISIS FRANCO, Plaintiff, vs. UNITED

1  STATES OF AMERICA, et al., is hereby remanded to Los Angeles County Superior
2  Court.
3
4      DATED: This 31st day of March, 2015
5
6  _____
7  HON. GEORGE H. WU
   UNITED STATES DISTRICT JUDGE